**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 11, 2018.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 15-51492G |
| Mark Anthony Borrego | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

### ORDER APPROVING MOTION TO MODIFY CHAPTER 13 PLAN AND THIRD REQUEST FOR ATTORNEY'S FEES

On this date came on to be considered Debtor's Motion to Modify Chapter 13 Plan and third Request for Post Confirmation Attorney's Fees. Notice of the filing of said Motion was issued to all parties in interest in this proceeding. It appearing to the Court that no Objection to such Motion has been filed and that the Motion has merit, the Court finds that the Motion should be approved.

It is, therefore, **ORDERED** that said Motion be, and the same is hereby, **APPROVED**.

It is **ORDERED** that Debtor be allowed to modify the Chapter 13 plan to add post-petition vehicle arrears of $3,136.47, payable to Flagship Credit Acceptance at 6.5% interest. The plan payment default through October 2018 shall be cured by increasing the plan payment from $685.00 to $810.00 beginning November 2018; then $830.00 beginning December 2018. The plan term shall be extended from 57 months to 60 months from confirmation. The following reflect the terms of the modified plan:

| Chapter 13 Plan Terms | Modified Plan |
|---|---|
| Plan Payment | $830.00 |
| Term (from date of Confirmation) | 60 months |
| Plan % (approx. dividend to unsecured creditors) | 100% |
| ACP (Applicable Commitment Period) | 5 years |

The following identifies the specific monthly payments payable by the Trustee through the plan to the secured and priority creditors:

| Creditor | Claim # | Modified Plan |
|---|---|---|
| Flagship Credit Acceptance | 3 | Paid |
| Flagship Credit Acceptance | 42 | $200.00 @ 6.5 % |
| Internal Revenue Service | 4 | Pro Rata |
| J. Todd Malaise - Base Attorney's Fees | | Paid |
| J. Todd Malaise - Admin Priority (this motion) | | *See below |

It is also **ORDERED** that these modifications reflect the only terms sought to be modified by this motion. All existing terms and provisions of the current Chapter 13 Plan not modified above remain in effect.

It is further **ORDERED** that Debtor's counsel, J. Todd Malaise, be awarded $543.22 for reasonable and necessary services to be paid as an administrative claim by the Trustee through the Chapter 13 Plan payable in full upon entry of this order or as funds become available. Payment of this claim may delay payment of the scheduled monthly payment on secured and priority claims.

###

**THIS ORDER WAS PREPARED AND SUBMITTED BY:**

**MALAISE LAW FIRM**
909 NE Loop 410, Suite 300
San Antonio, Texas 78209
Telephone: (210) 732-6699
Telecopier: (210) 732-5826